**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **In re:** ) | **Judge Russ Kendig** | |
| ) | | |
| David D. Evans , ) | **Case No.** 15-62164 | |
| ) | | |
| **Debtor(s)** ) | **Chapter 13 Plan** | |
| ) | **Confirmation Review Summary** | |

1. Real estate retained

    Address: 7521 Brownwood Ave NW, Canal Fulton, OH 44614

    | County | PPN | Yr. of Purchase | Purchase Price | Estimated Value |
    |---|---|---|---|---|
    | Stark | 26-00688 | 2010 | $106,412.00 | $67,300.00 |

    Source of value estimation: Stark County Auditor

    | Mortgages/liens | Creditor | Order of Priority/Property | Amount | Paid or Avoided |
    |---|---|---|---|---|
    | Mortgage | Ocwen | First | $107,077.00 | Paid |

    Monthly payments to be made by trustee or debtor: Trustee .

    If owned in any part with anyone other than a co-debtor, explain fully. 

2. Percentage to general unsecured creditors: 0 %

3. Income

    A. Debtor(s)' gross income (from line 22 of 1040 or line 15 of 1040A or line 1 of 1040EZ forms <u>only</u> or the corresponding lines on revised IRS forms).

1

Last full calendar year $ 43,250.00

Year prior to last full calendar year $ 20,549.00

B. Estimated monthly income

Gross $ 2,114.00

Net $ 1,559.00

C. Explain any discrepancy between actual income reported in 3A and estimated income in 3B. Debtor changed employment.

4. Current employment (Debtor) (Spouse)

A. Employer UCI Fram Autobrands

B. Job title Machine Operator

5. Answer to question 10 from Statement of Affairs: _____

6. Attorney fees (amount) $2,325.00

7. If debtor is married and this is not a joint petition, explain why: _____

/s/ Y. Eric Holtz
Attorney's Signature - Name typed below

Y. Eric Holtz (0084326)

Signed under the pains and penalty of perjury.

Signed under the pains and penalty of perjury.

/s/ David D. Evans
Debtor's Signature - Name typed below

Debtor's Signature - Name typed below

David D. Evans

2