```
                         United States Bankruptcy Court
                          Northern District of Ohio
```

In re:                                                              Case No. 15-62164-rk
David D. Evans                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-6          User: lbald              Page 1 of 1              Date Rcvd: Oct 23, 2015
                              Form ID: pdf700ca        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2015.
db          +David D. Evans,    7521 Brownwood Ave,    Canal Fulton, OH 44614-9491
23926377    +Ocwen Loan Servicing L,    3451 Hammond Ave,    Waterloo, IA 50702-5345
23926378    +Robert R. Hoose,    4500 Courthouse Blvd.,    Suite 400,    Stow, OH 44224-6839
23926379    +Stark County Court of Common Pleas,    115 Central Plaza N. Suite 101,    Canton, OH 44702-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2015 at the address(es) listed below:
              Y. Eric Holtz    on behalf of Debtor David D. Evans yeholtz@amourgis.com,
               bk_department@amourgis.com;taliagahanian@gmail.com;jpamourgisandassociates@gmail.com
                                                                                             TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In re:** | ) | **Judge Russ Kendig** |
| David D. Evans | ) | |
| | ) | **Case No.** 15- |
| | ) | |
| | ) | ☑ **Chapter 13 Form Plan Summary** |
| **Debtor(s).** | ) | ☐ _____ Amended Chapter 13 Plan |

**Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

   ☐ Continued on attached separate page(s).

2. ___0___ % or a pot of $ ___N/A___ to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B2)

| Creditor | Description of asset or contract |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

   ☐ Continued on attached separate page(s).

   All other leases and executory contracts deemed rejected.

4. Mortgages or Judgment Liens - Ongoing Monthly Payment (C, E3, E6)

| Creditor | Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, trustee, or stripped & not secured |
|---|---|---|---|---|
| Ocwen | 1st | 7521 Brownwood Ave NW | $ 798.00 | Trustee |
| | 2nd | | | |
| | 3rd | | | |

   ☐ Continued on attached separate page(s).

1

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| Ocwen | $ 26,279.00 | 0 % |
| | | % |
| | | % |

15-62164

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-mortgage claims to be paid full current balance (E5)

Creditor: _____ _____ _____

Collateral: _____ _____ _____

Date Incurred: _____ _____ _____

Monthly Payment: _____ _____ _____

Interest Rate: _____% _____% _____%

Estimated Balance: _____ _____ _____

Paid By: _____ _____ _____

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped (E7)

Creditor: _____ _____ _____

Date Incurred: _____ _____ _____

Collateral: _____ _____ _____

Monthly Payment: _____ _____ _____

Interest Rate: _____% _____% _____%

Secured Value: _____ _____ _____

☐ Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

2

15-62164-rk    Doc 10    FILED 10/25/15    ENTERED 10/26/15 00:22:49    Page 3 of 4

8. Priority Claims to be paid in full and estimated as follows (E8)

| Creditor | Source & Year | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

☐ Continued on attached separate page(s).

9. The holder(s) of any claim for Domestic Support Obligations pursuant to 11 U.S.C. § 1302(d) shall be paid by the debtor unless specified in Special Provisions. The holder of the Domestic Support Obligation is specified below. If the holder of a claim is a minor, the name and address of such minor has been disclosed to the Trustee contemporaneously with the filing of this plan in compliance with 11 U.S.C. § 112. (B6)

Holder Name: _____
Holder's Address (if known): _____
Address of Child Support _____
Enforcement Agency (mandatory): _____

☐ Continued on attached separate page(s).

10. Payments to Trustee (D)

The debtor will pay to the trustee $ 998.00 monthly for a minimum of 36 months, or all future disposable income, whichever is greater. Payments shall be by ☑ Wage Order on employer ☐ by Debtor ("Private Pay") in the form of money order or certified check.

11. Attorneys Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E2)

/s/ David D. Evans
Debtor's signature - name typed below        Debtor's signature - name typed below

David D. Evans

/s/ Y. Eric Holtz
Attorney's signature - Name (state bar #), address and phone typed below

Y. Eric Holtz (0084326)
3200 W. Market Street, Suite 106
Akron, OH  44333
(330) 535-6650

3