IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDINGS |
| **DAVID D. EVANS** | : | CASE NO: 15-62164 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | NOTICE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen**, and states that the Confirmation Hearing has been continued to April 27, 2016, at 2:00 p.m. at the United States Bankruptcy Court, Ralph Regula Federal Bldg., 401 McKinley Avenue S.W., Canton, Ohio 44702.

### CERTIFICATE OF SERVICE

I certify that on April 4, 2016, a true and correct copy of the NOTICE was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    Y ERIC HOLTZ, on behalf of DAVID D. EVANS, at yeholtz@amourgis.com

And by regular U.S. Mail, postage prepaid, on:

    DAVID D. EVANS
    7521 BROWNWOOD AVE
    CANAL FULTON, OH 44614

    /s/ Toby L. Rosen
    Toby L. Rosen, Chapter 13 Trustee
    400 West Tuscarawas Street, 4th Floor
    Canton, Ohio 44702
    330-455-2222